# MINUTE ORDER

CASE NUMBER: CIVIL NO. 20-00005 LEK-WRP

CASE NAME: Mutual Housing Association of Hawaii, Inc. (The) *a Hawaii nonprofit corporation* vs. Oceanside Capital Advisors, LLC *a Delaware limited liability company* et al.,

JUDGE: Leslie E. Kobayashi        DATE: 1/24/2020

COURT ACTION: EO: COURT ORDER DENYING PLAINTIFF'S MOTION TO SUBMIT DOCUMENTS UNDER SEAL

On January 16, 2020, Plaintiff The Mutual Housing Association of Hawai`i, Inc. ("Plaintiff") filed its Non-Hearing Motion to Submit Document [sic] Under Seal ("Motion"). [Dkt. no. 25.] On January 17, 2020, this Court issued an entering order stating it is inclined to find that it does not have subject matter jurisdiction over the instant action, pending further briefing ("1/17/20 EO"). [Dkt. no. 26.] In light of the 1/17/20 EO, the Motion is HEREBY DENIED WITHOUT PREJUDICE. In the event the Court finds that it has subject matter jurisdiction and Plaintiff's motion for temporary restraining order, [filed 1/6/20 (dkt. no. 2-2),] is set for hearing before this Court, Plaintiff may refile the Motion.

This Court HEREBY RETURNS the lodged copies of the proposed exhibits to Plaintiff's counsel. This Court will destroy its copies of Plaintiff's proposed exhibits, unless Plaintiff's counsel retrieves them from chambers, during regular business hours, by **January 31, 2019**.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager